# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Disabilty Support Alliance et al

Case Number: 14-cv-3345 (MJD/SER)

**Plaintiff(s)**

v.

**RULE 7.1 – CORPORATE DISCLOSURE STATEMENT**

El Rancho #2 Corp. et al

**Defendant(s)**

Disability Support Alliance makes the following disclosures pursuant to Federal Rule of Civil Procedure 7.1:

1. Does (party name) have a parent corporation?

   ☐ Yes   ✔ No

   If yes, the parent corporation is _____.

2. Is 10% or more of the stock of (party name) owned by a publicly held corporation?

   ☐ Yes   ✔ No

   If yes, identify all such owners _____.

Date: 09/08/2014

s/ **Paul Hansmeier**

Attorney Name: Paul Hansmeier
Bar ID: 387795
Law Firm: Class Justice PLLC
Address: 100 5th St. S. Suite 1900

Phone: 612-326-9801
Email: mail@classjustice.org
ATTORNEY FOR Plaintiffs