# STONEBERG, GILES & STROUP, P.A.

PAUL E. STONEBERG ◦
DANIEL L. GILES
KEVIN K. STROUP
RONALD E. SEANOR*
GREG J. BUCHER

ATTORNEYS AT LAW
300 SOUTH O'CONNELL STREET
MARSHALL, MINNESOTA 56258-2638
TELEPHONE (507) 537-0591
FAX (507) 532-3498 or (507) 532-4467

Email Addresses:
paul@sgslawyers.com
dan@sgslawyers.com
kevin@sgslawyers.com
ron@sgslawyers.com
greg@sgslawyers.com

December 1, 2014

The Honorable Steven E. Rau
Magistrate Judge, District of Minnesota
334 Warren E. Burger Federal Courthouse
316 North Robert Street
St. Paul, MN  55101

Re: Disability Support Alliance, et al vs. El Rancho #2 Corp, et al
Court File No.: 14-cv-03345(MJD/SER)

Dear Magistrate Judge Rau:

I am one of the attorneys representing the defendants in the above-referenced matter which is set for a pre-trial conference on Monday, December 8, 2014 at 2 pm.

I am respectfully requesting that defense counsel be allowed attend the pre-trial conference via telephone. Defendants and my office are located in Marshall, Minnesota, which is approximately 160 miles from the US Courthouse in St. Paul. The ability to attend the pretrial conference by telephone will greatly assist in managing the economics of this matter from the Defendants' perspective.

Settlement negotiations are ongoing between the parties; as well as on a similar case that my firm is defending. Our rapport with Mr. Hansmeier should be helpful to our appearance by phone. By copy hereof I am notifying opposing counsel of this request to give him an opportunity to object.

Thanks you for your consideration of this request.

Kindest regards,

STONEBERG, GILES & STROUP, P.A.

Kevin K. Stroup

KKS/eg
cc via email only:  Paul Hansmeier
cc:                 El Rancho #2 Corp, Maria Leon

◦ REAL PROPERTY LAW SPECIALIST CERTIFIED BY THE MINNESOTA STATE BAR ASSOCIATION
*ALSO LICENSED TO PRACTICE IN SOUTH DAKOTA